# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2011

143234 & (42)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RICKY HICKS and ROXANNE HICKS,
        Plaintiffs-Appellants,

and

BRIAN GOODSELL,
        Plaintiff,

v

                                SC: 143234
                                COA: 295391
                                Manistee CC: 08-013074-CK

AUTO CLUB GROUP INSURANCE COMPANY,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the May 3, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Court of Appeals for consideration of the issues raised by the defendant but not addressed by that court during its initial review of this case. The motion to strike is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2011 _____

p1012                                                  Clerk